vision, First Department. February 20, 1914.) Actions by Rasmus Anderson and others and by Rasmus Anderson against Frank G. Brady. I. H. Levy, of New York City, for appellants. J. H. Buck, of New York City, for respondent. No opinion. Order filed.

ANSON, Appellant, v. SAVINGS BANK OF UTICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Albert N. Anson, as administrator, etc., against the Savings Bank of Utica. No opinion. Appeal dismissed, without costs, upon stipulation filed. See, also, 155 App. Div. 937, 140 N. Y. Supp. 1017.

ASHLEY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Joseph Ashley against the Erie Railroad Company.

PER CURIAM. This case was submitted to the jury on the theories that they might find that either the defendant's engineer or the defendant's conductor was guilty of negligence in the handling of the train, and so caused plaintiff's injuries. We fail to find in the record any evidence of negligence on the part of either the engineer or the conductor. We are of opinion, therefore, that the judgment and order must be reversed, and the complaint dismissed, with costs. Judgment and order reversed, and complaint dismissed, with costs. See, also, 156 App. Div. 888, 140 N. Y. Supp. 1109.

AUERBACH, Respondent, v. NUSBAUM et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Louis Auerbach against Aaron E. Nusbaum and others. F. C. Avery, of New York City, for appellants. E. J. Bernheimer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AUGUST R. OHMAN MAP CO., Respondent, v. MORRIS PARK ESTATES, Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the August R. Ohman Map Company against the Morris Park Estates. R. Victor, of New York City, for appellant. M. W. Ehrich, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BACHMAN et al., Respondents, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Frank H. Bachman and others against Nathaniel G. Pendleton.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

JENKS, P. J., taking no part.

In re BACON. (Supreme Court, Appellate Division, First Department. March 13, 1914.) In the matter of the petition of Alexander S. Bacon, etc. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to any action that the petitioner may bring to enforce his claim to a lien. Order filed.

In re BALL. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of the accounting of John Oscar Ball, as trustee, etc., of Mary Caulfield, deceased. No opinion. Motion to dismiss appeal denied, on condition that the appellant perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 159 App. Div. 913, 144 N. Y. Supp. 1104.

BARKIN CONST. CO., Appellant, v. HERSHFIELD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by the Barkin Construction Company against Henry G. Hershfield and others. J. A. Seidman, of New York City, for appellant. M. H. Cane, of New York City, for respondents. No opinion. Order modified, by requiring defendants to pay all costs of action to date, to be taxed, and that the amendment shall be without prejudice to the position of the case on the calendar, and, as so modified, affirmed, without costs. Settle order on notice.

BARNHART, Respondent, v. SHEA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Harvey P. Barnhart against Sylvia L. Shea and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BAUM v. MUTUAL LIFE INS. CO. (two cases.) (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Annie Baum, as administratrix, against the Mutual Life Insurance Company. No opinion. Applications denied, upon the ground that the motions were not made within two months after the determination of the Appellate Term, as required by rule 10 of the rules of this court. Orders signed. See, also, 145 N. Y. Supp. 740.

BECKER v. LEVIN. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Louis Becker against Hyman Levin. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed.

In re BELFORD. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of the application of Edward J. Belford for a writ of mandamus directed to Alfred E. Steers, as president, etc. No opinion. Motion granted, without costs.

BENZ AUTO IMPORT CO. OF AMERICA, Appellant, v. FROELICH, Respondent. (Supreme Court, Appellate Division, First Depart-